WILLIAM J. DELANEY, as Receiver, etc., of THOMAS B. VALENTINE, Respondent, *v.* THOMAS B. VALENTINE and Others, Appellants. Nos. 1, 2 and 3.

*Appeals to the Court of Appeals — in a case decided in deference to a previous decision therein of the General Term.*

A case which has been decided in the Appellate Division in deference to a previous decision of the General Term in the same case, made before the enactment of subdivision 2 of section 191 of the Code of Civil Procedure, limiting the jurisdiction of the Court of Appeals to the review of questions of law, it was considered does not come within the ordinary rules governing applications for leave to appeal to the Court of Appeals, and, in such a case, that the application for leave to appeal to that court should be granted.

APPLICATION by the defendants, Thomas B. Valentine and others, for leave to appeal to the Court of Appeals from a judgment of the Appellate Division of the Supreme Court, third department, rendered on the 8th day of December, 1896.

*Edgar T. Brackett*, for the appellants.

*A. W. Shepherd*, for the respondent.

PER CURIAM:

These cases were heard and decided by the late General Term of the third department, and the trials had and judgments rendered from which these appeals were taken were had and rendered pursuant to such decisions.

The decisions rendered in this court upon the appeals here were arrived at largely upon and in deference to the decisions of said General Term, and for the purpose of the orderly administration of

justice, except for which reasons this court would not have been unanimous in its decision; so that these cases were practically decided before the enactment of the statute which makes this court the court of last resort in this class of cases; for these reasons we think, therefore, that these cases do not come within the ordinary rules applicable to applications for leave to appeal to the Court of Appeals, and the applications are, therefore, granted, and certificates ordered pursuant to section 191 of the Code of Civil Procedure.

All concur, except PUTNAM, J., not acting.

Application for leave to appeal to the Court of Appeals, pursuant to section 191 of the Code of Civil Procedure, granted in each case.